IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
JOHN BARKHOO and                                    ) Case No. 15 B 38108
SANDRA BARKHOO                                      ) Hon. DEBORAH L. THORNE
                                                    ) Chapter 7
                     Debtors                        )
**CERTIFICATE OF SERVICE**

  PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on June 3,  2016 mailed a copy of the Notice of Final Report (NFR) to the following:

John Barkhoo
Sandra Barkhoo
8536 Lillibet Terrace
Morton Grove IL 60053

Lee Zaidman, attorney for the debtor
Zeidman & Associates, Ltd.
4709 Golf Rd.
Suite 1140
Skokie, IL 60076

Quantum3 Group LLC, agent
PO Box 788
Kirkland, WA 98083-0788

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Commerce Bank
Attn: Recovery
PO Box 419248 KCREC-10
Kansas City, MO 64141-6248

Ist Financial Bank
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX 75380-0849
Becket and Lee LLP

PO Box 3001
Malvern, PA 19355-0701

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Bank, NA
PO Box 10438
Des Moines, IA 50306-0438

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

  /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603