# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHN BARKHOO and SANDRA BARKHOO § § § § Case No. 15-38108
Hon. DEBORAH L. THORNE
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $346,875.00 | Assets Exempt: | $91,669.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,209.36 | Claims Discharged Without Payment: | $468,494.09 |
| Total Expenses of Administration: | $1,873.12 | | |

3) Total gross receipts of $11,082.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,082.48 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $340,098.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,873.12 | $1,873.12 | $1,873.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $137,309.00 | $78,551.45 | $78,551.45 | $9,209.36 |
| **TOTAL DISBURSEMENTS** | $477,407.00 | $80,424.57 | $80,424.57 | $11,082.48 |

4) This case was originally filed under chapter  7  on  11/09/2015 .
The case was pending for      9   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2016                                   By: /s/ ALLAN J. DeMARS
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| pro rated tax refund | 1224-000 | $9,932.71 |
| non exempt proceeds of checking acct | 1129-000 | $1,149.77 |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $11,082.48 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE |  |  | $0.00 |
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 SCHEDULED WITH NO CLAIM FILED |  |  | $340,098.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $340,098.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,858.25 | $1,858.25 | $1,858.25 |
| ALLAN J. DeMARS | 2200-000 | N/A | $14.87 | $14.87 | $14.87 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,873.12 | $1,873.12 | $1,873.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC agent for Comenity | 7100-000 | $414.00 | $414.06 | $414.06 | $48.54 |
| 2 | Discover Bank | 7100-900 | $4,597.00 | $4,590.41 | $4,590.41 | $538.18 |
| 3 | Discover Bank | 7100-900 | $8,272.00 | $8,215.63 | $8,215.63 | $963.20 |
| 4 | Commerce Bank | 7100-900 | $9,227.00 | $9,227.77 | $9,227.77 | $1,081.86 |
| 5 | 1st Financial Bank | 7100-000 | $5,603.00 | $5,630.93 | $5,630.93 | $660.17 |
| 6 | American Express Bank | 7100-900 | $4,558.00 | $4,749.45 | $4,749.45 | $556.83 |
| 7 | American Express Centurion Bank | 7100-900 | $1,072.00 | $1,072.82 | $1,072.82 | $125.78 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PYOD, LLC assignee | 7100-900 | $11,413.00 | $11,413.76 | $11,413.76 | $1,338.15 |
| 9 | PYOD, LLC assignee | 7100-900 | $1,582.00 | $1,582.41 | $1,582.41 | $185.52 |
| 10 | PYOD, LLC assignee | 7100-900 | $11,546.00 | $11,661.89 | $11,661.89 | $1,367.24 |
| 11 | Wells Fargo Bank | 7100-000 | $16,393.00 | $16,413.38 | $16,413.38 | $1,924.30 |
| 12 | Wells Fargo Financial Natl Bank | 7100-000 | $2,551.00 | $2,551.70 | $2,551.70 | $299.16 |
| 13 | Portfolio Recovery Assoc, LLC | 7100-900 | $1,027.00 | $1,027.24 | $1,027.24 | $120.43 |
| | 6 SCHEDULED WITH NO CLAIM FILED | | $59,054.00 | $0.00 | $0.00 | $9,209.36 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $137,309.00 | $78,551.45 | $78,551.45 | $9,209.36 |

Case 15-38108    Doc 29    Filed 08/11/16    Entered 08/11/16 15:02:47    Desc Main
Document    Page 5 of 8

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "A" FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 15-38108

Case Name: JOHN BARKHOO and SANDRA BARKHOO

For Period Ending: 3/31/17

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 11/9/15 (F)

§341(a) Meeting Date: 12/16/15

Claims Bar Date: 3/18/16; GOVT 5/9/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  real estate located 8536 Lillibet Morton Grove, IL | 215,000.00 | 0.00 | | 0.00 | FA |
| 2  real estate located at 7855 Caldwell - #111 Niles, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 3  cash | 125.00 | 0.00 | | 0.00 | FA |
| 4  chase chk acct 5897 | 700.00 | 1,149.77 | | 1,149.77 | FA |
| 5  chase savings 2201 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6  chase savings 2219 | 900.00 | 0.00 | | 0.00 | FA |
| 7  chase savings 2227 | 1,800.00 | 0.00 | | 0.00 | FA |
| 8  household furn. | 2,500.00 | 0.00 | | 0.00 | FA |
| 9  clothing | 3,500.00 | 0.00 | | 0.00 | FA |
| 10  wedding bands and necklace | 450.00 | 0.00 | | 0.00 | FA |
| 11  ICMA-RC deferred comp acct | 42,169.00 | 0.00 | | 0.00 | FA |
| 12  IMRF pension | 33,200.00 | 0.00 | | 0.00 | FA |
| 13  2012 Honda Pilot | 17,000.00 | 0.00 | | 0.00 | FA |
| 14  federal tax refund (u) | unscheduled | 9,932.71 | | 9,932.71 | FA |

TOTALS (Excluding unknown values)                    11,082.48                    11,082.48

Major activities affecting case closing: turn over of pro rated tax refund and non exempt check acct funds

Initial Projected Date of Final Report (TFR):     May, 2016          Current Projected Date of Final Report (TFR):  5/9/16

EXHIBIT A@ - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 15-38108  
Case Name: JOHN BARKHOO and SANDRA BARKHOO  
Taxpayer ID#: xx-xxxx617  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx8855  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 3/3/16 | Ref 4,14 | from debtors | pro rated non exempt federal tax refund $9,932.71 (Ref 4) and non exempt checking account proceeds $1,149.77 (Ref 14) | 1224-000<br><br>1129-000 | 11,082.48 | | 11,082.48 |
| 3/8/16 | | Wells Fargo | check printing charges | 2600-000 | | 41.85 | 11,040.63 |
| 3/22/16 | | Wells Fargo | reversal | 2600-000 | | (41.85) | 11,082.48 |
| 7/6/16 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,858.25 | 9,224.23 |
| 7/6/16 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 14.87 | 9,209.36 |
| 7/6/16 | Check 1003 | Quantum3 Group LLC agent for Comenity | 726(a)(2); 11.72398% | 7100-000 | | 48.54 | 9,160.82 |
| 7/6/16 | Check 1004 | Discover Bank | 726(a)(2); 11.72398% | 7100-900 | | 538.18 | 8,622.64 |
| 7/6/16 | Check 1005 | Discover Bank | 726(a)(2); 11.72398% | 7100-900 | | 963.20 | 7,659.44 |
| 7/6/16 | Check 1006 | Commerce Bank | 726(a)(2); 11.72398% | 7100-900 | | 1,081.86 | 6,577.58 |
| 7/6/16 | Check 1007 | Ist Financial Bank | 726(a)(2); 11.72398% | 7100-000 | | 660.17 | 5,917.41 |
| 7/6/16 | Check 1008 | American Express Bank | 726(a)(2); 11.72398% | 7100-900 | | 556.83 | 5,360.58 |
| 7/6/16 | Check 1009 | American Express Centurion Bank | 726(a)(2); 11.72398% | 7100-900 | | 125.78 | 5,234.80 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 7/6/16 | Check 1010 | PYOD, LLC assignee | 726(a)(2); 11.72398% | 7100-900 | | 1,338.15 | 3,896.65 |
| 7/6/16 | Check 1011 | PYOD, LLC assignee | 726(a)(2); 11.72398% | 7100-900 | | 185.52 | 3,711.13 |
| 7/6/16 | Check 1012 | PYOD, LLC assignee | 726(a)(2); 11.72398% | 7100-900 | | 1,367.24 | 2,343.89 |
| 7/6/16 | Check 1013 | Wells Fargo Bank | 726(a)(2); 11.72398% | 7100-000 | | 1,924.30 | 419.59 |
| 7/6/16 | Check 1014 | Wells Fargo Financial National Bank | 726(a)(2); 11.72398% | 7100-000 | | 299.16 | 120.43 |
| 7/6/16 | Check 1015 | Portfolio Recovery Associates, LLC | 726(a)(2); 11.72398% | 7100-900 | | 120.43 | 0.00 |

```
                                             COLUMN TOTALS    11,082.48    11,082.48        0.00
                                  Less: Bank transfers/CD
                                   Subtotal
                                  Less: Payments to debtor(s)
                                  Net                          11,082.48    11,082.48        0.00

                                                                              NET
TOTAL - ALL ACCOUNTS
                                                              NET DEPOSITS  DISBURSEMENTS  BALANCES
Checking# xxxxxx8855
Net                                                            11,082.48    11,082.48        0.00
```